IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN NORMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 25-cv-07985-MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT COURTESY COPY OF NOTICE OF REMOVAL** |

On September 23, 2025, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a courtesy copy of the Notice of Removal, filed August 29, 2025, as well as the exhibits attached thereto. Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: September 24, 2025

MAXINE M. CHESNEY
United States District Judge