IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN NORMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | Case No.  25-cv-07985-MMC<br><br>**ORDER OF RECUSAL** |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: September 24, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Maxine M. Chesney*
　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge