| | |
|---|---|
| **CLARKSON LAW FIRM, P.C.**<br>Ryan J. Clarkson (SBN 257074)<br>rclarkson@clarksonlawfirm.com<br>Yana Hart (SBN 306499)<br>yhart@clarksonlawfirm.com<br>Bryan P. Thompson (SBN 354683)<br>bthompson@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>*Interim Co-Lead Counsel for Plaintiffs*<br>*and the Proposed Class*<br>*(additional counsel on signature page)* | **COVINGTON & BURLING LLP**<br>Emily Johnson Henn (SBN 269482)<br>Kathryn E. Cahoy (SBN 298777)<br>Megan L. Rodgers (SBN 310344)<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>Email: ehenn@cov.com<br>Email: kcahoy@cov.com<br>Email: mrodgers@cov.com<br><br>*Counsel for Defendant Apple Inc.* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PETER LANDSHEFT, et. al, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant.<br><br>This Document Relates To:<br>Case No. 3:25-cv-07985-NW | CASE NO: 5:25-cv-02668-NW<br><br>Assigned for All Purposes to:<br>Courtroom 3; Hon. Noël Wise<br><br>STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE ACTIONS |

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE ACTIONS / Case No.: 5:25-cv-02668-NW

1  Pursuant to Civil L.R. 7-12, Plaintiffs in the consolidated action of *Peter Landsheft v. Apple Inc., Case No.* 25-cv-02668-NW, (collectively "Plaintiffs" or "*Landsheft*"), Plaintiff Lauren Norman in the related case *Lauren Norman v. Apple Inc.* ("*Norman*"), 3:25-cv-07985-NW (N.D. Cal.), and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**STIPULATION**

1. On March 19, 2025, Plaintiff Peter Landsheft filed the Complaint in this case. *See* Dkt. 1.

2. After the filing of *Landsheft*, four other similar cases were filed in the U.S. District Court for the Northern District of California. *See Hopkins v. Apple Inc.*, No. 5:25-cv-02914; *Martin v. Apple Inc.*, No. 5:25-cv-03205; *Varbanovski v. Apple Inc.*, No. 5:25-cv-03517; *Accardi v. Apple Inc.*, No. 5:25-cv-04160.

3. On May 22, 2025, the Court entered an Order consolidating those cases with *Landsheft*. (Dkt. No. 28). The Court also provided that the "order of consolidation also applies to other cases that are subsequently filed in, removed to, or transferred to this Court involving the same or substantially similar issues of law and fact as the consolidated action (*Landsheft v. Apple, Inc,* 25-cv-02668-NW)."

4. On July 8, 2025, the Court consolidated two other similar cases that had been subsequently filed in or transferred to this Court. *See* Dkt. 38 (consolidating *Feldt v. Apple Inc.*, No. 5:25-cv-04785, and *Robinson v. Apple Inc.*, No. 3:25-cv-04776).

5. On July 21, 2025, the consolidated Plaintiffs filed their Consolidated Amended Class Action Complaint.

6. On August 6, 2025, Plaintiff Lauren Norman filed *Norman v. Apple Inc.*, Case No. 25STCV23239, in the Superior Court of the State of California for the County of Los Angeles, asserting violations of California consumer protection laws and the common law in connection with Apple's advertising of certain Apple Intelligence features.

7.    On August 29, 2025, Apple removed the *Norman* case to the U.S. District Court for the Central District of California and filed a Notice of Pendency of Other Actions identifying *Landsheft v. Apple Inc.* as related to the *Norman* case.

8.    On September 19, 2025, *Norman* was transferred to the Northern District of California, Case No. 3:25-cv-07985, and the Parties filed a stipulation to stay all proceedings pending the outcome of *Landsheft*. *See* No. 25-cv-07985, Dkt. No. 20.

9.    On September 25, 2025, Apple filed its motion to dismiss the consolidated amended class action complaint.

10.    On October 7, 2025, the Court entered an order relating *Norman* to *Landsheft*. Dkt. 55.

11.    On October 9, 2025, this Court denied without prejudice the parties' stipulation to stay in *Norman* and ordered the parties to submit supplemental briefing on "whether, and why, *Norman* should remain separate from the Consolidated Action, *Landsheft*." Dkt. 56.

12.    The parties now submit this joint stipulation to request that, consistent with this Court's May 22, 2025 Order consolidating cases, *Norman* be consolidated with *Landsheft*.

///

///

**NOW THEREFORE**, the Parties through their respective counsel and subject to the Court's approval hereby stipulate and respectfully request that:

1. *Norman v. Apple, Inc.*, Case No. 3:25-cv-07985-NW, be consolidated with *Landsheft v. Apple, Inc.*, Case No. 5-25-cv-02668-NW; and,

2. The separate docket number in *Norman* be terminated in accordance with the regular procedures of this Court, and any pending schedules, deadlines, or dates in *Norman* be vacated and *Norman* be administratively closed.

3. The parties further stipulate that the consolidated amended class action complaint and the currently pending motion to dismiss in *Landsheft* shall be deemed operative and applicable to the newly consolidated *Norman* action.

                          Respectfully submitted,

Dated: October 24, 2025        **CLARKSON LAW FIRM, P.C.**

By:   */s/ Yana Hart*
Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Bryan P. Thompson (SBN 354683)
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Facsimile: (213) 788-4070
*rclarkson@clarksonlawfirm.com*
*yhart@clarksonlawfirm.com*
*bthompson@clarksonlawfirm.com*

Dated: October 24, 2025        **KAPLAN FOX & KILSHEIMER LLP**

By:   */s/ Laurence D. King*
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*

STIPULATION AND [PROPOSED] ORDER
TO CONSOLIDATE ACTIONS / Case No.: 5:25-cv-02668-NW      3

# [PROPOSED] ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES:**

1. *Norman v. Apple, Inc.*, Case No. 3:25-cv-07985-NW, is consolidated with *Landsheft, et. al. v. Apple, Inc.*, Case No. 5-25-cv-02668-NW, before the Honorable Noël Wise.

2. The separate docket number in *Norman* is terminated in accordance with the regular procedures of this Court, and any pending schedules, deadlines, or dates in *Norman* be vacated and the *Norman* case is administratively closed.

3. The consolidated amended class action complaint and the currently pending motion to dismiss in *Landsheft* shall be deemed operative and applicable to the newly consolidated *Norman* action.

**IT IS SO ORDERED.**

Dated:  October 28, 2025

HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE